IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01195-RBJ

VINCENT WILCZEK and
ROY KINNEY,

    Plaintiffs,

v.

RIO BLANCO COUNTY,
ANTHONY MAZZOLA, individually and in his official capacity and
BOARD OF COUNTY COMMISSIONERS FOR RIO BLANCO COUNTY,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER on PENDING MOTIONS [ECF No. 32] of Judge R. Brooke Jackson entered on October 8, 2021, it is

ORDERED that Defendants' Second Motion to Dismiss for Failure to State a Claim [ECF No. 23] is GRANTED. It is

FURTHER ORDERED that Defendants' Motion to Strike [ECF No. 27] is GRANTED. It is

FURTHER ORDERED that Plaintiffs' Motion for Leave to File Amended Complaint [ECF No. 28] is DENIED. It is

FURTHER ORDERED that Defendant Board of County Commissioners' Motion for Extension of Time [ECF No. 30] is MOOT. It is

FURTHER ORDERED that, as the prevailing parties, the defendants are awarded their costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is dismissed without prejudice.

Dated at Denver, Colorado this 8th day of October, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk